| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>TRENK, DiPASQUALE,<br>DELLA FERA & SODONO, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Richard D. Trenk (rtrenk@trenklawfirm.com)<br>Joao F. Magalhaes<br>(jmagalhaes@trenklawfirm.com)<br>Attorneys for City of Atlantic City | |

**Order Filed on February 5, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re:<br><br>KONSTANTI KATSIGEORGIS,<br><br>Debtor. | Case No: | 15-12453 (JNP) |
| | Chapter: | 13 |
| | Judge: | Hon. Poslusny, USBJ |

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: February 5, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____The City of Atlantic City_____, and regarding _____a letter brief filed on February 2, 2018_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*