UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
(973) 243-8600
Richard D. Trenk (rtrenk@trenklawfirm.com)
Joao F. Magalhaes (jmagalhaes@trenklawfirm.com)
*Attorneys for City of Atlantic City*

**Order Filed on February 6, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:

KONSTANTI KATSIGEORGIS,

            Debtor.

Chapter 13

Case No. 15-12453 (JNP)

**ORDER GRANTING RETROACTIVE RELIEF FROM THE AUTOMATIC STAY
TO PERMIT *IN REM* TAX FORECLOSURE AND SALE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:              Konstanti Katsigeorgis
Case No.:            15-12453 (JNP)
Caption of Order:    Order Granting Retroactive Relief from the Automatic Stay to Permit *In Rem* Tax Foreclosure and Sale

---

**THIS MATTER** having been presented to the Court by The City of Atlantic City (the "City"), by way of the City's *Motion for Entry of an Order Granting Retroactive Relief From the Automatic Stay to Permit In Rem Tax Foreclosure and Sale,* and for such other and further relief as the Court deems just and equitable (the "Motion"); and notice having been provided to (i) Chapter 13 debtor Konstanti Katsigeorgis (the "Debtor"); (ii) the Office of the United States Trustee; and (iii) any party having filed a Notice of Appearance; and the Court having considered the submissions filed by the City in support of the Motion, and opposition thereto, if any; and the Court having found that the City had no notice of the instant bankruptcy case at any time prior to foreclosing upon, and selling at auction, the Property (defined below); and for other good cause having been shown;

**IT IS ORDERED** that the Motion be and hereby is granted in its ENTIRETY; and it is further

**ORDERED** that the automatic stay be and hereby is annulled retroactively to deem the City to have relief from automatic stay in connection with the *in rem* tax foreclosure of 400 Atlantic Avenue, Atlantic City, New Jersey 08401, otherwise known as Block 128, Lot 51 on the official tax map of the City (the "Property"); and it is further

**ORDERED** that the automatic stay be and hereby is specifically annulled retroactively to deem the City to have relief from automatic stay to have proceeded with the *in rem* tax foreclosure complaint against the Property, in the matter captioned <u>City of Atlantic City v. 400 Atlantic Avenue, *et al.*,</u> which was pending before the Superior Court of New Jersey as Docket No. F-040517-15, and which resulted in the *Final Judgment* dated on/about June 26, 2017 (the "Judgment"); and it is further

(Page 3)
Debtor: Konstanti Katsigeorgis
Case No.: 15-12453 (JNP)
Caption of Order: Order Granting Retroactive Relief from the Automatic Stay to Permit *In Rem* Tax Foreclosure and Sale

---

**ORDERED** that the automatic stay be and hereby is specifically annulled retroactively to deem the City to have relief from automatic stay to have recorded the Judgment in/about September 2017; and it is further

**ORDERED** that the automatic stay be and hereby is specifically annulled retroactively to deem the City to have relief from the automatic stay to have sold the Property at auction on/about December 12, 2017 and all other steps necessary and appropriate to convey title to the Property and collect the City's taxes and other statutory obligations due from the Debtor.

4844-9638-1530, v. 1