UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
(973) 243-8600
Richard D. Trenk (rtrenk@trenklawfirm.com)
Joao F. Magalhaes
(jmagalhaes@trenklawfirm.com)
Attorneys for City of Atlantic City

In Re:

KONSTANTI KATSIGEORGIS,

Debtor.

**Order Filed on February 5, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No: 15-12453 (JNP)

Chapter: 13

Judge: Hon. Poslusny, USBJ

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: February 5, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____The City of Atlantic City_____, and regarding _____a letter brief filed on February 2, 2018_____, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-12453-JNP
Konstanti Katsigeorgis                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1          Date Rcvd: Feb 05, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db             +Konstanti Katsigeorgis,    400 Atlantic Avenue,    Atlantic City, NJ 08401-7709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
      Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
       BNCmail@w-legal.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      Joao Ferreira Magalhaes    on behalf of Creditor    City of Atlantic City
       jmagalhaes@trenklawfirm.com
      Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
       jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Richard D. Trenk    on behalf of Creditor    City of Atlantic City rtrenk@trenklawfirm.com,
       mmassoud@trenklawfirm.com
      Steven A. Silnutzer    on behalf of Debtor Konstanti  Katsigeorgis stevenasil2000@yahoo.com,
       G28047@notify.cincompass.com
                                                                                                                                                                                                                                                             TOTAL: 8