**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
(973) 243-8600
Richard D. Trenk (rtrenk@trenklawfirm.com)
Joao F. Magalhaes (jmagalhaes@trenklawfirm.com)
*Attorneys for City of Atlantic City*

Order Filed on February 6, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

KONSTANTI KATSIGEORGIS,

　　　　　　　Debtor.

Chapter 13

Case No. 15-12453 (JNP)

**ORDER GRANTING RETROACTIVE RELIEF FROM THE AUTOMATIC STAY**
**TO PERMIT *IN REM* TAX FORECLOSURE AND SALE**

　The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Konstanti Katsigeorgis
Case No.: 15-12453 (JNP)
Caption of Order: Order Granting Retroactive Relief from the Automatic Stay to Permit *In Rem* Tax Foreclosure and Sale

---

**THIS MATTER** having been presented to the Court by The City of Atlantic City (the "City"), by way of the City's *Motion for Entry of an Order Granting Retroactive Relief From the Automatic Stay to Permit In Rem Tax Foreclosure and Sale,* and for such other and further relief as the Court deems just and equitable (the "Motion"); and notice having been provided to (i) Chapter 13 debtor Konstanti Katsigeorgis (the "Debtor"); (ii) the Office of the United States Trustee; and (iii) any party having filed a Notice of Appearance; and the Court having considered the submissions filed by the City in support of the Motion, and opposition thereto, if any; and the Court having found that the City had no notice of the instant bankruptcy case at any time prior to foreclosing upon, and selling at auction, the Property (defined below); and for other good cause having been shown;

**IT IS ORDERED** that the Motion be and hereby is granted in its ENTIRETY; and it is further

**ORDERED** that the automatic stay be and hereby is annulled retroactively to deem the City to have relief from automatic stay in connection with the *in rem* tax foreclosure of 400 Atlantic Avenue, Atlantic City, New Jersey 08401, otherwise known as Block 128, Lot 51 on the official tax map of the City (the "Property"); and it is further

**ORDERED** that the automatic stay be and hereby is specifically annulled retroactively to deem the City to have relief from automatic stay to have proceeded with the *in rem* tax foreclosure complaint against the Property, in the matter captioned City of Atlantic City v. 400 Atlantic Avenue, *et al.,* which was pending before the Superior Court of New Jersey as Docket No. F-040517-15, and which resulted in the *Final Judgment* dated on/about June 26, 2017 (the "Judgment"); and it is further

(Page 3)
Debtor: Konstanti Katsigeorgis
Case No.: 15-12453 (JNP)
Caption of Order: Order Granting Retroactive Relief from the Automatic Stay to Permit *In Rem* Tax Foreclosure and Sale

**ORDERED** that the automatic stay be and hereby is specifically annulled retroactively to deem the City to have relief from automatic stay to have recorded the Judgment in/about September 2017; and it is further

**ORDERED** that the automatic stay be and hereby is specifically annulled retroactively to deem the City to have relief from the automatic stay to have sold the Property at auction on/about December 12, 2017 and all other steps necessary and appropriate to convey title to the Property and collect the City's taxes and other statutory obligations due from the Debtor.

4844-9638-1530, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-12453-JNP
Konstanti Katsigeorgis                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Feb 07, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
db             +Konstanti Katsigeorgis,    400 Atlantic Avenue,    Atlantic City, NJ 08401-7709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
              Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com, BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joao Ferreira Magalhaes    on behalf of Creditor    City of Atlantic City jmagalhaes@trenklawfirm.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Richard D. Trenk    on behalf of Creditor    City of Atlantic City rtrenk@trenklawfirm.com, mmassoud@trenklawfirm.com
              Steven A. Silnutzer    on behalf of Debtor Konstanti  Katsigeorgis stevenasil2000@yahoo.com, G28047@notify.cincompass.com
                                                                                                 TOTAL: 8