Form clsnodsc − ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  15−12453−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Konstanti Katsigeorgis
    dba J.K. Gulf Service Station, Inc.
    400 Atlantic Avenue
    Atlantic City, NJ 08401

Social Security No.:
    xxx−xx−6552

Employer's Tax I.D. No.:
    22−2179526

### NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after August 23, 2018 for the reason(s) indicated below.

☑    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: July 24, 2018
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-12453-JNP
Konstanti Katsigeorgis                                                Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin            Page 1 of 1              Date Rcvd: Jul 24, 2018
                               Form ID: clsnodsc      Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
db             +Konstanti Katsigeorgis,    400 Atlantic Avenue,    Atlantic City, NJ 08401-7709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 23:31:03     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 23:30:58     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                       TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
              Brian Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Charles H. Jeanfreau    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, Et Al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel Balboa    ecfmail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joao Ferreira Magalhaes    on behalf of Creditor   City of Atlantic City
               jmagalhaes@trenklawfirm.com
              Joshua I. Goldman    on behalf of Creditor   U.S. Bank National Association, Et Al...
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Richard D. Trenk    on behalf of Creditor   City of Atlantic City rtrenk@trenklawfirm.com
              Steven A. Silnutzer    on behalf of Debtor Konstanti  Katsigeorgis stevenasil2000@yahoo.com,
               G28047@notify.cincompass.com;silnutzerlaw@gmail.com
                                                                                       TOTAL: 9