| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption In Compliance with D.N.J. LBR 9004-1(b) |
| STEVEN A. SILNUTZER, P.C. |
| 335 E. Jimmie Leeds Road |
| Bldg. 200, Suite C |
| Galloway, NJ 08205 |
| (609) 748-6100 |
| Attorney for Debtor: |
| Steven A. Silnutzer, Esq.    SAS-0833 |
| In Re: |
| Konstanti Katsigeorgis |

**Order Filed on September 5, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No.:    15-12453

Chapter:    7

Hearing Date: _____

Judge:    JNP

## ORDER CONSENTING TO THE EXTENSION OF THE DEADLINE REGARDING TRUSTEE OBJECTION(S) TO DISCHARGE

The consent order set forth on the following page is hereby **ORDERED**.

**DATED: September 5, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page | 2
Debtor:      Konstanti Katsigeorgis
Case No.:    15-12453-JNP
Caption:     Order Consenting to the Extension of the Deadline
             Regarding Trustee Objection(s) to Discharge

---

Applicant:                              Konstanti Katsigeorgis

Applicant's (Debtor's) Counsel:         Steven A. Silnutzer, Esq.

Chapter 7 Trustee:                      Brian S. Thomas

For good cause shown, it is **ORDERED** that the Deadline for Trustee Objection(s) to Discharge is extended to September 22, 2018.

The undersigned hereby consent to the form and entry of the foregoing Order.

Steven A. Silnutzer, Esq.                Brian S. Thomas
Attorney for the Debtors                 Chapter 7 Trustee