| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>STEVEN A. SILNUTZER, P.C.<br>335 E. Jimmie Leeds Road<br>Bldg. 200, Suite C<br>Galloway, NJ 08205<br>(609) 748-6100<br>Attorney for Debtor:<br>Steven A. Silnutzer, Esq.    SAS-0833 | Order Filed on October 1, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Konstanti Katsigeorgis | Case No.:    15-12453<br>Chapter:    7<br>Hearing Date:    _____<br>Judge:    JNP |

## ORDER CONSENTING TO THE EXTENSION OF THE DEADLINE REGARDING TRUSTEE OBJECTION(S) TO DISCHARGE

The consent order set forth on the following page is hereby **ORDERED**.

**DATED: October 1, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 15-12453-JNP   Doc 84   Filed 10/01/18   Entered 10/01/18 14:20:22   Desc Main
Document    Page 2 of 2

Page | 2
Debtor: Konstanti Katsigeorgis
Case No.: 15-12453-JNP
Caption: Order Consenting to the Extension of the Deadline Regarding Trustee Objection(s) to Discharge

---

Applicant: Konstanti Katsigeorgis

Applicant's (Debtor's) Counsel: Steven A. Silnutzer, Esq.

Chapter 7 Trustee: Brian S. Thomas

For good cause shown, it is **ORDERED** that the Deadline for Trustee Objection(s) to Discharge is extended to October 31, 2018.

The undersigned hereby consent to the form and entry of the foregoing Order.

Steven A. Silnutzer, Esq.
Attorney for the Debtors

Brian S. Thomas
Chapter 7 Trustee