| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| STEVEN A. SILNUTZER, P.C. |
| 335 E. Jimmie Leeds Road |
| Bldg. 200, Suite C |
| Galloway, NJ 08205 |
| (609) 748-6100 |
| Attorney for Debtor: |
| Steven A. Silnutzer, Esq.    SAS-0833 |
| In Re: |
| Konstanti Katsigeorgis |

Order Filed on October 1, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-12453

Chapter:  7

Hearing Date: _____

Judge:  JNP

## ORDER CONSENTING TO THE EXTENSION OF THE DEADLINE REGARDING TRUSTEE OBJECTION(S) TO DISCHARGE

The consent order set forth on the following page is hereby **ORDERED**.

**DATED: October 1, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page | 2
Debtor:     Konstanti Katsigeorgis
Case No.:   15-12453-JNP
Caption:    Order Consenting to the Extension of the Deadline
            Regarding Trustee Objection(s) to Discharge

---

Applicant:                          Konstanti Katsigeorgis

Applicant's (Debtor's) Counsel:     Steven A. Silnutzer, Esq.

Chapter 7 Trustee:                  Brian S. Thomas

For good cause shown, it is **ORDERED** that the Deadline for Trustee Objection(s) to Discharge is extended to October 31, 2018.

The undersigned hereby consent to the form and entry of the foregoing Order.

Steven A. Silnutzer, Esq.           Brian S. Thomas
Attorney for the Debtors            Chapter 7 Trustee

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 15-12453-JNP
Konstanti Katsigeorgis                                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                  Page 1 of 1                Date Rcvd: Oct 01, 2018
                              Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.
db              +Konstanti Katsigeorgis,    400 Atlantic Avenue,    Atlantic City, NJ 08401-7709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2018 at the address(es) listed below:
        Brian   Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
        Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
        BNCmail@w-legal.com
        Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, Et Al...
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Isabel   Balboa    ecfmail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
        Joao Ferreira Magalhaes    on behalf of Creditor    City of Atlantic City
        jmagalhaes@trenklawfirm.com
        Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
        jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Richard D. Trenk    on behalf of Creditor    City of Atlantic City rtrenk@trenklawfirm.com
        Steven A. Silnutzer    on behalf of Debtor Konstanti   Katsigeorgis stevenasil2000@yahoo.com,
        G28047@notify.cincompass.com;silnutzerlaw@gmail.com
                                                                                         TOTAL: 9