| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) STEVEN A. SILNUTZER, P.C. 335 E. Jimmie Leeds Road Bldg. 200, Suite C Galloway, NJ 08205 (609) 748-6100 Attorney for Debtor: Steven A. Silnutzer, Esq.    SAS-0833 | |
| In Re: Konstanti Katsigeorgis | Case No.: 15-12453<br>Chapter: 7<br>Hearing Date: _____<br>Judge: JNP |

Order Filed on November 2, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER CONSENTING TO THE EXTENSION OF THE DEADLINE REGARDING TRUSTEE OBJECTION(S) TO DISCHARGE

The consent order set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page | 2
Debtor: Konstanti Katsigeorgis
Case No.: 15-12453-JNP
Caption: Order Consenting to the Extension of the Deadline Regarding Trustee Objection(s) to Discharge

---

Applicant: Konstanti Katsigeorgis

Applicant's (Debtor's) Counsel: Steven A. Silnutzer, Esq.

Chapter 7 Trustee: Brian S. Thomas

For good cause shown, it is **ORDERED** that the Deadline for Trustee Objection(s) to Discharge is extended to December 31, 2018.

The undersigned hereby consent to the form and entry of the foregoing Order.

/s/Steven A. Silnutzer
Steven A. Silnutzer, Esq.
Attorney for the Debtors

Brian S. Thomas
Chapter 7 Trustee