| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| STEVEN A. SILNUTZER, P.C.<br>335 E. Jimmie Leeds Road<br>Bldg. 200, Suite C<br>Galloway, NJ 08205<br>(609) 748-6100<br>Attorney for Debtor:<br>Steven A. Silnutzer, Esq.    SAS-0833 |
| In Re:<br><br>Konstanti Katsigeorgis |

Order Filed on November 2,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.:    15-12453

Chapter:    7

Hearing Date: _____

Judge:    JNP

## ORDER CONSENTING TO THE EXTENSION OF THE DEADLINE REGARDING TRUSTEE OBJECTION(S) TO DISCHARGE

The consent order set forth on the following page is hereby **ORDERED**.

**DATED: November 2, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page | 2
Debtor: Konstanti Katsigeorgis
Case No.: 15-12453-JNP
Caption: Order Consenting to the Extension of the Deadline Regarding Trustee Objection(s) to Discharge

Applicant: Konstanti Katsigeorgis

Applicant's (Debtor's) Counsel: Steven A. Silnutzer, Esq.

Chapter 7 Trustee: Brian S. Thomas

For good cause shown, it is **ORDERED** that the Deadline for Trustee Objection(s) to Discharge is extended to December 31, 2018.

The undersigned hereby consent to the form and entry of the foregoing Order.

/s/Steven A. Silnutzer
Steven A. Silnutzer, Esq.
Attorney for the Debtors

Brian S. Thomas
Chapter 7 Trustee

United States Bankruptcy Court
District of New Jersey

In re:  
Konstanti Katsigeorgis  
    Debtor

Case No. 15-12453-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin<br>Form ID: pdf903 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Nov 02, 2018 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2018.
db     +Konstanti Katsigeorgis,   204 S. Vermont Ave,   Atlantic City, NJ 08401-7820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2018 at the address(es) listed below:

    Brian Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com  
    Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com, BNCmail@w-legal.com  
    Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Isabel Balboa    ecfmail@standingtrustee.com  
    Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Joao Ferreira Magalhaes    on behalf of Creditor    City of Atlantic City jmagalhaes@trenklawfirm.com  
    Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Richard D. Trenk    on behalf of Creditor    City of Atlantic City rtrenk@msbnj.com, cdeangelis@msbnj.com  
    Steven A. Silnutzer    on behalf of Debtor Konstanti Katsigeorgis stevenasil2000@yahoo.com, G28047@notify.cincompass.com;silnutzerlaw@gmail.com  
    TOTAL: 9