Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−12453−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Konstanti Katsigeorgis
  dba J.K. Gulf Service Station, Inc.
  204 S. Vermont Ave
  Atlantic City, NJ 08401

Social Security No.:
  xxx−xx−6552

Employer's Tax I.D. No.:
  22−2179526

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Brian Thomas, Trustee.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐   The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐   The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐   The corporate debtor is self−represented.

  ☐   Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Jerrold N. Poslusny Jr. on,

Date: 1/22/19
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: December 21, 2018
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Konstanti Katsigeorgis  
    Debtor

Case No. 15-12453-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Dec 21, 2018  
                    Form ID: 170     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.

```
db            +Konstanti Katsigeorgis,    204 S. Vermont Ave,    Atlantic City, NJ 08401-7820
cr            +City of Atlantic City,    c/o Trenk DiPasquale,    347 Mt. Pleasant Avenue,    Suite 300,
                West Orange, NJ 07052-2730
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE, LLC,    Attn: Bankruptcy Department,
                PO Box 619096,    Dallas, TX  75261-9741)
515326110     +Advance Auto,   1001 Black Horse Pike,    Pleasantville, NJ 08232-4103
515797976     +American II Auto Parts,    James E. McGeary, Esquire,    3135 U.S. Route 50,
                Mays Landing, NJ 08330-3087
515494895     +Cavalry SPV I, LLC,    Assignee of Capital One Bank (USA), N.A.,    Bass & Associates, P.C.,
                3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
517305116      City of Atlantic City,    Office of the Tax Collector,    1301 Bacharach Blvd Rm 126,
                Atlantic City, NJ 08401-4601
517305117     +City of Atlantic City Counsel,    1301 Bacharach Blvd Ofc,    Atlantic City, NJ 08401-4600
517305118      Dasti Murphy McGuckin Ulaky Connors,    620 Lacey Rd,    Forked River, NJ 08731-2244
515326112     +Governor Chris Christie,    For: State Of NJ- Division Of Taxation,
                125 W. State Street- PO Box 001,    Trenton, NJ 08625-0001
515326113      HSBC Bank Nevada,    PO Box 5253,    Carol Stream, IL  60197-5253
515797977     +James E. McGeary, Esq.,    218 Philadelphia Avenue,    Egg Harbor City, NJ 08215-1331
515326115     +James Kelly- Investigator,    Dept. Of Treasury- Division Of Taxation,    1915 New Road,
                Northfield, NJ 08225-1546
515326117      Nationstar Mortgage LLC,    8950 Cypress Wates Blvd.,    Dallas, TX  75063
515326118      Nissan - Infiniti LT,    PO Box 660366,    Dallas, TX  75266-0366
515326120      Principal Capital,    111 Town Square Place,    Ste 700,    Jersey City, NJ 07310-2768
515443062    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                Trenton, NJ 08695-0245)
515326121     +Scott Lawn- Supervisor,    State Of New Jersey- Dept. Of Treasury,    1915 New Road,
                Northfield, NJ 08225-1546
515326122      South Jersey Auto Parts,    224 New Road,    Pleasantville, NJ  08232
515326123     +State Of New Jersey,    Division Of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
515326124      State Of New Jersey,    Office Of Attorney General,    PO Box 080,    Trenton, NJ  08625-0080
515326125     +State Of New Jersey Division Of Taxation,    1915 New Road,    Northfield, NJ 08225-1546
517305119      Trenk DiPasqual Della Fera Sodono,    347 Mount Pleasant Ave Ste 300,
                West Orange, NJ 07052-2730
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 23:51:56     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2018 23:51:54     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515326111      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 22 2018 00:01:31
                Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT  84130-0281
515378208      E-mail/Text: mrdiscen@discover.com Dec 21 2018 23:51:29     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515326114      E-mail/Text: cio.bncmail@irs.gov Dec 21 2018 23:51:37     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA  19101-7346
515326119      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2018 00:02:20
                Portfolio Recovery Assoc.,    HSBC Bank Nevada,    120 Corporate Blvd. Ste 100,
                Norfolk, VA  23502
515539218      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2018 00:01:32
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank (USA), N.A.,    POB 41067,
                Norfolk VA 23541
515557799     +E-mail/Text: bncmail@w-legal.com Dec 21 2018 23:52:00     U.S. Bank National Association,
                C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
515326126     +E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2018 23:51:56     United States Attorney's Office,
                For:  Internal Revenue Service,    970 Broad St.- Room 700,    Newark, NJ 07102-2527
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515326116*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: NationStar Mortgage,    PO Box 619096,    Dallas, TX 75261-9741)
515430885*    Nissan-Infiniti LT,    PO Box 660366 Dallas  TX 75266-0366
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Dec 21, 2018
                              Form ID: 170             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel  Balboa    ecfmail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joao Ferreira Magalhaes    on behalf of Creditor   City of Atlantic City
               jmagalhaes@trenklawfirm.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Richard D. Trenk    on behalf of Creditor    City of Atlantic City rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Steven A. Silnutzer    on behalf of Debtor Konstanti  Katsigeorgis stevenasil2000@yahoo.com,
               G28047@notify.cincompass.com;silnutzerlaw@gmail.com
                                                                                             TOTAL: 10
```