Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  15–12453–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Konstanti Katsigeorgis
    dba J.K. Gulf Service Station, Inc.
    204 S. Vermont Ave
    Atlantic City, NJ 08401

Social Security No.:
    xxx–xx–6552

Employer's Tax I.D. No.:
    22–2179526

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/22/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 22, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-12453-JNP
Konstanti Katsigeorgis                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 2              Date Rcvd: Jan 22, 2019
                                 Form ID: 148              Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
db          +Konstanti Katsigeorgis,   204 S. Vermont Ave,   Atlantic City, NJ 08401-7820
cr          +City of Atlantic City,   c/o Trenk DiPasquale,   347 Mt. Pleasant Avenue,   Suite 300,
             West Orange, NJ 07052-2730
cr          +NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
            (address filed with court: NATIONSTAR MORTGAGE, LLC,   Attn: Bankruptcy Department,
             PO Box 619096,   Dallas, TX 75261-9741)
515326110   +Advance Auto,   1001 Black Horse Pike,   Pleasantville, NJ 08232-4103
515797976   +American II Auto Parts,   James E. McGeary, Esquire,   3135 U.S. Route 50,
             Mays Landing, NJ 08330-3087
515494895   +Cavalry SPV I, LLC,   Assignee of Capital One Bank (USA), N.A.,   Bass & Associates, P.C.,
             3936 E Ft. Lowell Road Suite #200,   Tucson, AZ 85712-1083
517305116    City of Atlantic City,   Office of the Tax Collector,   1301 Bacharach Blvd Rm 126,
             Atlantic City, NJ 08401-4600
517305117   +City of Atlantic City Counsel,   1301 Bacharach Blvd Ofc,   Atlantic City, NJ 08401-4600
517305118    Dasti Murphy McGuckin Ulaky Connors,   620 Lacey Rd,   Forked River, NJ 08731-2244
515326112   +Governor Chris Christie,   For: State Of NJ- Division Of Taxation,
             125 W. State Street- PO Box 001,   Trenton, NJ 08625-0001
515797977   +James E. McGeary, Esq.,   218 Philadelphia Avenue,   Egg Harbor City, NJ 08215-1331
515326115   +James Kelly- Investigator,   Dept. Of Treasury- Division Of Taxation,   1915 New Road,
             Northfield, NJ 08225-1546
515326117    Nationstar Mortgage LLC,   8950 Cypress Wates Blvd.,   Dallas, TX  75063
515326118    Nissan - Infiniti LT,   PO Box 660366,   Dallas, TX 75266-0366
515326120    Principal Capital,   111 Town Square Place,   Ste 700,   Jersey City, NJ 07310-2768
515443062   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 245,
             Trenton, NJ 08695-0245)
515326121   +Scott Lawn- Supervisor,   State Of New Jersey- Dept. Of Treasury,   1915 New Road,
             Northfield, NJ 08225-1546
515326122    South Jersey Auto Parts,   224 New Road,   Pleasantville, NJ  08232
515326123   +State of New Jersey,   Division Of Taxation,   PO Box 046,   Trenton, NJ 08601-0046
515326124    State of New Jersey,   Office Of Attorney General,   PO Box 080,   Trenton, NJ  08625-0080
515326125   +State of New Jersey Division Of Taxation,   1915 New Road,   Northfield, NJ 08225-1546
517305119    Trenk DiPasqual Della Fera Sodono,   347 Mount Pleasant Ave Ste 300,
             West Orange, NJ 07052-2730


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QBTHOMAS.COM Jan 23 2019 05:28:00   Brian Thomas,   Brian Thomas, Esq,
             327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 01:00:40    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 01:00:38    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515326111    EDI: CAPITALONE.COM Jan 23 2019 05:28:00    Capital One Bank USA NA,   PO Box 30281,
             Salt Lake City, UT  84130-0281
515378208    EDI: DISCOVER.COM Jan 23 2019 05:28:00    Discover Bank,   Discover Products Inc,
             PO Box 3025,   New Albany, OH  43054-3025
515326113    EDI: HFC.COM Jan 23 2019 05:23:00    HSBC Bank Nevada,   PO Box 5253,
             Carol Stream, IL  60197-5253
515326114    EDI: IRS.COM Jan 23 2019 05:28:00    Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA  19101-7346
515326119    EDI: PRA.COM Jan 23 2019 05:28:00    Portfolio Recovery Assoc.,   HSBC Bank Nevada,
             120 Corporate Blvd. Ste 100,   Norfolk, VA  23502
515539218    EDI: PRA.COM Jan 23 2019 05:28:00    Portfolio Recovery Associates, LLC,
             c/o Capital One Bank (USA), N.A.,   POB 41067,   Norfolk VA 23541
515557799   +E-mail/Text: bncmail@w-legal.com Jan 23 2019 01:00:49   U.S. Bank National Association,
             C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
515326126   +E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 01:00:40    United States Attorney's Office,
             For:  Internal Revenue Service,   970 Broad St.- Room 700,   Newark, NJ 07102-2527
                                                                                     TOTAL: 11


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Brian Thomas,   Brian Thomas, Esq,   327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
515326116*  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
            (address filed with court: NationStar Mortgage,   PO Box 619096,   Dallas, TX 75261-9741)
515430885*   Nissan-Infiniti LT,   PO Box 660366 Dallas  TX 75266-0366
                                                                             TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: Jan 22, 2019
                            Form ID: 148             Total Noticed: 33
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
          Brian  Thomas   on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian  Thomas   brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
          Charles H. Jeanfreau   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
           BNCmail@w-legal.com
          Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, Et Al...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel  Balboa   ecfmail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joao Ferreira Magalhaes   on behalf of Creditor   City of Atlantic City
           jmagalhaes@trenklawfirm.com
          Joshua I. Goldman   on behalf of Creditor   U.S. Bank National Association, Et Al...
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Richard D. Trenk   on behalf of Creditor   City of Atlantic City rtrenk@msbnj.com,
           cdeangelis@msbnj.com
          Steven A. Silnutzer   on behalf of Debtor Konstanti  Katsigeorgis stevenasil2000@yahoo.com,
           G28047@notify.cincompass.com;silnutzerlaw@gmail.com
                                                                           TOTAL: 10
```