Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  15–12453–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Konstanti Katsigeorgis
   dba J.K. Gulf Service Station, Inc.
   204 S. Vermont Ave
   Atlantic City, NJ 08401

Social Security No.:
   xxx–xx–6552

Employer's Tax I.D. No.:
   22–2179526

---

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on January 22, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 93 – 91
Order Granting Motion to Dismiss Case re: Failure To Appear at the 341 Meeting for Debtor (Related Doc # 91). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/22/2019. (kvr)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 22, 2019
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-12453-JNP
Konstanti Katsigeorgis                                                    Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jan 22, 2019
                             Form ID: orderntc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
db              +Konstanti Katsigeorgis,    204 S. Vermont Ave,    Atlantic City, NJ 08401-7820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
          Brian  Thomas   on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
          bthomas@ecf.epiqsystems.com
          Brian  Thomas   brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
          Charles H. Jeanfreau   on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
          BNCmail@w-legal.com
          Denise E. Carlon   on behalf of Creditor    U.S. Bank National Association, Et Al...
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel  Balboa   ecfmail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Joao Ferreira Magalhaes   on behalf of Creditor   City of Atlantic City
          jmagalhaes@trenklawfirm.com
          Joshua I. Goldman   on behalf of Creditor    U.S. Bank National Association, Et Al...
          jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Richard D. Trenk   on behalf of Creditor    City of Atlantic City rtrenk@msbnj.com,
          cdeangelis@msbnj.com
          Steven A. Silnutzer   on behalf of Debtor Konstanti  Katsigeorgis stevenasil2000@yahoo.com,
          G28047@notify.cincompass.com;silnutzerlaw@gmail.com
                                                                                    TOTAL: 10