**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Brian S. Thomas, LLC
Attorney at Law
327 Central Avenue, Suite 103
Linwood, New Jersey  08221
Attorney for Debtor(s)
By:  Brian S. Thomas, Esquire BT7513
NJ - 1980

In Re:

KONSTANTI KATSIGEORGIS

Debtor(s),



Order Filed on January 22, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  15-12453

Adv. No.:

Hearing Date: 01/22/19

Judge: Jerrold N. Poslusny, Jr.

## ORDER TO DISMISS CHAPTER 7 PURSUANT TO § 341(A) & 343

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

DATED: January 22, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor:  Konstanti Katsigeorgis
Case No.:  15-12453/JNP
Caption of Order: Order to Dismiss Chapter 7 Pursuant to § 341(A) & 343

Upon consideration of Trustee's motion for an order to Dismiss Chapter 7, and good cause appearing therefore, it is hereby **ORDERED** that the above-captioned Chapter 7 is hereby dismissed for Failure to Appear and be Examined Pursuant to Sections 341(A) and 343 of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Konstanti Katsigeorgis  
    Debtor

Case No. 15-12453-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jan 22, 2019  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2019.  
db      +Konstanti Katsigeorgis,    204 S. Vermont Ave,    Atlantic City, NJ 08401-7820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2019 at the address(es) listed below:  
     Brian Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com  
     Brian Thomas    brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com  
     Charles H. Jeanfreau    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com, BNCmail@w-legal.com  
     Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Isabel Balboa    ecfmail@standingtrustee.com  
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
     Joao Ferreira Magalhaes    on behalf of Creditor   City of Atlantic City jmagalhaes@trenklawfirm.com  
     Joshua I. Goldman    on behalf of Creditor   U.S. Bank National Association, Et Al... jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Richard D. Trenk    on behalf of Creditor   City of Atlantic City rtrenk@msbnj.com, cdeangelis@msbnj.com  
     Steven A. Silnutzer    on behalf of Debtor Konstanti  Katsigeorgis stevenasil2000@yahoo.com, G28047@notify.cincompass.com;silnutzerlaw@gmail.com  
     TOTAL: 10